UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME JULIUS BROWN JR., <br><br> Plaintiff, <br><br> v. <br><br> GERALD M. AUERBACK, *et al.*, <br><br> Defendant. | Case No. C19-1246 RAJ <br><br> ORDER |

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 12th day of August, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1